# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| WILTON ARMETALE, INC., A/K/A WAPITA, INC., | : | Case No. 16-16779-ref |
| Debtor. | : | |
| DAVID A. EISENBERG, as Chapter 7 Trustee of WILTON ARMETALE, INC. a/k/a WAPITA, INC, | : | Adversary No. 17-372 |
| Plaintiff, | : | |
| v. | : | |
| LEISAWITZ HELLER ABRAMOWITCH PHILLIPS, P.C. d/b/a THE LAW FIRM OF LEISAWITZ HELLER d/b/a LEISAWITZ HELLER, CHARLES J. PHILLIPS, ESQUIRE AND EDEN R. BUCHER, ESQUIRE, | : | |
| Defendants. | : | |

## JOINT RULE 26(f) REPORT

The parties, through their undersigned counsel, submit this joint report regarding the parties' discovery plan pursuant to Federal Rule of Civil Procedure 26(f) and this Court's January 20, 2019 order.

1. The parties held their discovery conference pursuant to Federal Rule of Civil Procedure 26(f) on February 6, 2019 by telephone. Elizabeth Bailey, Esquire of Saltz Mongeluzzi Barrett & Bendesky, P.C. participated on behalf of Plaintiff. Kathleen M. Carson, Esquire of Swartz Campbell LLC participate on behalf of the Defendants.

2. The parties discussed the subjects on which discovery may be necessary which included:

- Wilton Armetale's relationship with North Mill Capital LLC;
- the sale of Wilton's Mt. Joy real estate;

- appraisals obtained for Wilton's assets;

- the sale of Wilton's inventory;

- the value of Wilton's inventory at or around the time of its sale;

- the nature of any offers or bids received for Wilton's inventory, including the terms and conditions of the bids received;

- decisions to accept or reject any offer or bid for Wilton's inventory;

- the decision to sell and sale of Wilton's inventory to Gordon Brothers;

- Ivan Jeffery's Participation Agreement in connection with North Mill's loan to Wilton Armetale; and

- the nature and extent of claimed harm to Wilton Armetale due to conduct by defendants.

3. The parties discussed and developed a discovery plan and pre-trial schedule as set forth below, which differs from the schedule set forth in paragraph 5 of the Court's January 20, 2019 order:

| | |
|---|---|
| Deadline for Motion to Amend Pleadings | June 14, 2019 |
| Discovery Deadline | July 15, 2019 |
| Plaintiff's Expert Disclosures | August 14, 2019 |
| Defendant's Expert Disclosures | September 13, 2019 |
| Rebuttal Expert Reports | September 30, 2019 |
| Expert Depositions | October 21, 2019 |
| Fed. R. Civ. P. 26(a)(3) Disclosures | November 8, 2019 |
| Dispositive Motions | November 8, 2019 |
| Objections to Fed. R. Civ. P. 26(a)(3) Disclosures | November 22, 2019 |
| Joint Pre-trial Statement | December 20, 2019 |
| Motions in Limine | December 20, 2019 |

4. The parties propose to move the date for motions to amend pleadings from same date on which dispositive motions are filed to a date approximately one month prior to the close of discovery.

5.      The parties propose an additional approximately ninety days for discovery. The parties believe that the additional time proposed for discovery is necessary for the parties to complete discovery. The parties anticipate a period for written discovery in which the parties obtain relevant documents and interrogatory responses from each other relevant to the parties' claims and contentions. In addition, third party document discovery likely will be necessary from North Mill Capital, Vagabond House, Strategic Resources, Gordon Brothers and any other person or entity identified as a potential bidder for the assets of Wilton Armetale. The parties also anticipate taking the depositions of the depositions of at least the following individuals who have information relevant to the claims alleged in the complaint:

>   David Eisenberg, Chapter 7 Trustee for Wilton Armetale, Inc.
>   Eden Bucher, Esquire, Leisawitz Heller
>   Charles Phillips, Esquire, Leisawitz Heller
>   Ivan Jeffery – former shareholder, officer and director of Wilton Armetale
>   Ed Liebensperger – former officer of Wilton Armetale
>   Representatives of North Mill Capital
>   Representatives of Vagabond House
>   Representatives of Gordon Brothers
>   Representatives of other bidders for the assets of Wilton Armetale
>   Mike Yayac, Strategic Resources
>   Other representatives of Strategic Resources

The additional time for discovery which will enable the parties to complete their written discovery, obtain documents from third parties, complete the depositions proposed above, as well as the depositions of any other individuals with relevant information who are not yet known but may be identified through discovery. The other deadlines included in the Court's January 20, 2019 were reset to follow the proposed discovery deadline.

6.      The deadlines for expert reports were also staggered so that plaintiff's expert reports were produced first and, thereafter, defense expert reports and then rebuttal reports, if any. The parties agree that, because this is a professional negligence claim, plaintiff's production of his expert

3

reports should precede the production of defense expert reports and that both parties should have a brief period for the production of rebuttal expert reports and expert depositions.

7. Plaintiff requests a two week extension to provide his initial disclosures. Defendants have advised plaintiff's counsel they do not object to the requested extension. Defendants have provided their initial disclosures.

8. The parties are not aware of any issues regarding disclosure, discovery of reservation of electronically stored information.

9. No changes should be made in limitations on discovery imposed under the rules except the number of interrogatories that a party may serve on another party is increased from twenty-five (25) to fifty (50).

Respectfully submitted,

| /s/ Elizabeth A. Bailey | /s/Kathleen M. Carson |
|---|---|
| David L. Kwass, Esquire | Jeffrey B. McCarron, Esquire |
| Elizabeth A. Bailey, Esquire | Kathleen M. Carson, Esquire |
| Saltz Mongeluzzi Barrett & Bendesky, P.C. | Swartz Campbell LLC |
| 52nd Fl. | 28th Fl., Two Liberty Place |
| 1650 Market Street | 50 South 16th Street |
| Philadelphia, PA  19103 | Philadelphia, PA  19102 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated:  February 20, 2019

4

## CERTIFICATE OF SERVICE

      Kathleen M. Carson certifies that she caused the foregoing Joint Rule 26(f) Report to be served on counsel listed below by email on February 20, 2019 and via the Court's ECF system.

David L. Kwass, Esquire
Elizabeth A. Bailey, Esquire
Saltz Mongeluzzi Barrett & Bendesky, P.C.
52nd Fl.
1650 Market Street
Philadelphia, PA  19103
dkwass@smbb.com
ebailey@smbb.com

                                             */s/Kathleen M. Carson*
                                             Kathleen M. Carson